

NUMBER 13-14-00327-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

MIKE EAST, ALICE EAST, LISA EAST
AND ALEJANDRO URIAS,                                              Appellants,

v.

LAURA SALINAS,                                                      Appellee.

On appeal from the County Court at Law No. 8
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Justices Rodriguez, Garza, and Benavides**
**Memorandum Opinion Per Curiam**

Appellants, Mike East, Alice East, Lisa East and Alejandro Urias, filed an appeal from an order entered by the County Court at Law No. 8 of Hidalgo County, Texas, in cause number CL-14-1404-H.   This cause is before the Court on appellants' motion to dismiss the appeal.   Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellants. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Delivered and filed the
14th day of August, 2014.